UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

CRIMINAL ACTION NO. 6:26-cr-6-KKC-EBA-02

UNITED STATES OF AMERICA                                           PLAINTIFF

VS.

BRIANA HUNTER                                                      DEFENDANT

---

**SENTENCING MEMORANDUM REGARDING**
**APPLICATION OF SAFETY VALVE**

---

Comes the Defendant, Briana Hunter, by and through counsel, and to aid the Court in determining the appropriate sentence in this matter, states that she qualifies for application of the safety valve pursuant to 18 U.S.C. 3553(f) and U.S.S.G. § 4C1.1.

The Defendant herein has only one (1) criminal history point for a theft conviction. With this criminal history and the nature of the current offense, she meets all other criteria as listed in both 18 U.S.C. 3553(f) and U.S.S.G. § 4C1.1. Therefore, her Sentencing Guideline offense level should be decreased by two (2) levels and the Court is not restricted by the mandatory minimum sentence when imposing the sentence. This brings her total offense level to 21, with a guideline sentencing range of 37 to 46 months. Pursuant to 18 U.S.C. 3553(f), the Court may sentence the Defendant without regard to the statutory minimum sentence.

The undersigned has discussed this with the Assistant United States Attorney and he agrees that the safety valve applies.

For reasons stated in the presentence report and to be discussed at the sentencing hearing, the Defendant asks that the Court impose a sentence of 37 months, with a four-year term of

supervised release.

Respectfully submitted,

/s/ *Patrick E. O'Neill*
PATRICK E. O'NEILL
1029 College Ave Ste 101
Jackson, Kentucky 41339
Phone: (606) 666-2990
Fax: (606) 666-9084
Email: peoneill@turneroneill.com
ATTORNEY FOR BRIANA HUNTER

## CERTIFICATE OF SERVICE

I certify that on this the 21st day of June, 2026, I filed this document using the CM/ECF

system which will send notice of electronic filing to counsel of record.

/s/ *Patrick E. O'Neill*
ATTORNEY FOR DEFENDANT